GARDNER, J.—Petition of W. E. Foshee for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Foshee v. The State,* 15 Ala. App. 113, 72 South. 685.    Writ denied.

All Justices concur.

---

## EX PARTE ALABAMA FIDELITY, MORTGAGE & BOND CO.

(Decided December 19, 1916.    73 South. 999.)

ORIGINAL petition in Supreme Court.

JOHN R. TYSON, for petitioners.    W. A. GUNTER, contra. ·

Per Curiam.—Petition for writ of prohibition to the Chancellor of the Southeastern Chancery Division.    Petition dismissed by petitioners.

---

## EX PARTE ALLEN, ET. AL.

(Decided November 16, 1916.    73 South. 999.)

ORIGINAL petition in Supreme Court.

FREDERICK G. BROMBERG and ROACH & WARD, for petitioners. G. E. McGOWIN, contra.

Per Curiam.—Petition for mandamus to require the Chancellor to vacate a decree rendered October 30, 1916.    Writ denied.

---

## EX PARTE BROWN.

(Decided October 19, 1916.    Rehearing denied January 18, 1917.
73 South. 999.)

CERTIORARI to Court of Appeals.

G. O. CHENAULT, for petitioner.    W. L. MARTIN, Attorney General, contra.

Per Curiam.—Petition of E. M. Brown for certiorari to Court Appeals to review and revise the judgment of said court rendered in the case of *Ex parte Brown,* 15 Ala. App. 210, 72 South. 772.    Writ denied.

---

## EX PARTE GOBEL.

(Decided October 17, 1916.    73 South. 1000.)

CERTIORARI to Court of Appeals.

E. O. McCORD, for appellant.    W. L. MARTIN, Attorney General, and P. W. TURNER, Assistant Attorney General, contra.

GARDNER, J.—Petitioner of Lin Gobel for certiorari to Court of Appeals to review and revise the judgment of said court renfirming the judgment of the trial court in *Gobel v. The State,* 15 Ala. App. 178, 72 South. 756. Writ denied.

## EX PARTE HOWLE.

(Decided October 19, 1916.   73 South. 1000.)

CERTIORARI to Court of Appeals.

A. LATADY, for petitioner.  W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

MAYFIELD, J.—Petition of James T. Howle for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Howle v. The State,* 15 Ala. App. 185, 72 South. 759. Writ denied.

## EX PARTE JAMES.

(Decided October 19, 1916.   73 South. 1000.)

CERTIORARI to Court of Appeals.

WILLIAM VARNER, for petitioner.  W. L. MARTIN; Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

Per Curiam.—Petition of Bunk James for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *James v. The State,* 15 Ala. App. 89, 72 South. 585. Writ denied.

## EX PARTE JAY.

(Decided December 21, 1916.   73 South. 1000.)

CERTIORARI to Court of Appeals.

W. O. MULKEY, for petitioners.  W. L. MARTIN, Attorney General, and HARWELL DAVIS, Assistant Attorney General, contra.

Per Curiam.—Petition of John D. Jay for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *Jay v. The State,* 15 Ala. App. 255, 73 South. 137. Writ denied.